JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CEDRIC HOWARD JACKSON,       )        Case No. SACV 09-1035-GHK  (OP)
                             )
            Petitioner,      )        J U D G M E N T
                             )
      v.                     )
                             )
DOMINGO URIBE, JR., Acting   )
Warden,                      )
                             )
                             )
            Respondent.      )
                             )

      Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.


DATED:    1/24/11

                              HONORABLE GEORGE H. KING
                              United States District Judge


Prepared by:


HONORABLE OSWALD PARADA
United States Magistrate Judge